UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JODI SCHULZ,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

Case No. 2:18-00096

ORDER

---

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

Attorney fees of $3,417.17, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Plaintiff's attorney, Victoria B. Chhagan, at this address: Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle WA 98101. If the EAJA fees are not subject to any offset, the EAJA attorney fees will be paid directly to the order of Plaintiff's Attorney, Victoria B. Chhagan.

Dated this  9th  day of  October,  2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

EAJA Order    No. 2:18-cv-00096                - 1

Victoria B. Chhagan
Douglas Drachler McKee
& Gilbrough
1904 Third Ave., Ste. 1030
Seattle, WA 98101
(206)623-0900